UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>Michael Klawitter )  | Case: 3:12-cr-00020-JDR-1<br><br>ORDER ON TERMINATION OF<br>PROBATION |

Based on the *Report and Order Terminating Probation* filed on May 22, 2013, regarding the above-named defendant, **IT IS HEREBY ORDERED** that:

[X] The defendant is discharged from probation and that the proceedings in the case be terminated.

[ ] Other: _____
_____
_____
_____

Dated this __22nd__ day of __May__ __2013__

/s/John D. Roberts, USMJ
Signature Redacted

John D. Roberts
U.S. Magistrate Judge

3:12-cr-020-JDR    Order Terminating Probation